1  William W. Bunting III (#141981)   **E-filed 4/27/06**
   Douglas P. Drayton (#142043)
2  BUNTING, DRAYTON & ALWARD LLP
   582 Market Street, Suite 812
3  San Francisco, CA  94104
   Telephone:  (415) 617-0244
4  Facsimile:  (415) 617-0248

5  Attorneys for Plaintiff
   Lyon Financial Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP, | Case No. **C 05 05423 JF** |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| vs. | |
| EL CAMINO HOSPITAL, | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.  The parties agree to participate in the following ADR process: **Mediation**.  The parties agree to hold the ADR session within 90 days of the matter being referred to mediation.

Dated: April 4, 2006                    Bunting, Drayton & Alward LLP

                                         /s/ *William W. Bunting IIII*
                                        By: William W. Bunting III
                                        Attorney for Plaintiff
                                        Lyon Financial Services, Inc. d/b/a U.S.
                                        Bancorp Business Equipment Finance Group

Dated: April 4, 2006                    Ferrari Ottoboni LLP

                                         /s/ *John M. Ottoboni*
                                        By: John M. Ottoboni
                                        Attorney for Defendant
                                        El Camino Hospital

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  **[PROPOSED] ORDER**

2      Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.

3      Deadline for completing mediation is 90 days from the date of this order.

4

5  IT IS SO ORDERED.

6

7  Dated: __4/27/06__

                        UNITED STATES MAGISTRATE JUDGE

8                          JUDGE JEREMY FOGEL UNITED STATES

9                          DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS