**\*\*E-filed 8/3/06\*\***

William W. Bunting III (#141981)
Douglas P. Drayton (#142043)
BUNTING, DRAYTON & ALWARD LLP
582 Market Street, Suite 812
San Francisco, CA  94104
Telephone:  (415) 617-0244
Facsimile:  (415) 617-0248

Attorneys for Plaintiff
LYON FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP,<br><br>    Plaintiff,<br><br>vs.<br><br>EL CAMINO HOSPITAL,<br><br>    Defendant. | Case No. C 05 05423 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  August 18, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Place: Courtroom 3, 5th Floor |

## STIPULATION

This stipulation is made by and among: plaintiff, Lyon Financial Services, Inc. d/b/a U.S. Bancorp Business Equipment Finance Group ("U.S. Bancorp") and defendant, El Camino Hospital ("ECH"), by and through their respective counsel of record.

WHEREAS, U.S. Bancorp filed a motion for summary judgment on July 14, 2006 and the hearing on the motion was set for August 18, 2006;

WHEREAS, the parties attended mediation on July 20, 2006 and exchanged offers of compromise, but were unable to settle the dispute;

WHEREAS, the Board of Directors of ECH is meeting on August 9, 2006 and will consider the final offer made by U.S. Bancorp;

WHEREAS, ECH proposed that the hearing on the motion for summary judgment be continued

STIPULATION AND PROPOSED ORDER

for three weeks to September 8, 2006 to give the ECH Board of Directors time to meet and consider the settlement offer, and the mediator confirmed the availability of the September 8, 2006 hearing date with the Calendar Clerk for U.S. District Judge Jeremy Fogel;

WHEREAS, the continued case management conference is currently set for hearing on August 18, 2006 at 10:30 a.m., and for judicial economy, the parties agree that it can be moved to September 8, 2006 at 10:30 a.m.

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

U.S. Bancorp's motion for summary judgment will be heard on September 8, 2006, at 9:00 a.m.; ECH's opposition brief shall be filed by August 18, 2006, and U.S. Bancorp's reply brief shall be filed by August 28, 2006, and the continued case management conference will be held on September 8, 2006 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: July 31, 2006                          BUNTING, DRAYTON & ALWARD LLP

                                               /s/ *William W. Bunting III*
                                              William W. Bunting III
                                              Attorneys for Plaintiff
                                              Lyon Financial Services, Inc.

Dated: July 31, 2006                          FERRARI OTTOBONI LLP

                                               */s/ John M. Ottoboni*
                                              John M. Ottoboni
                                              Attorneys for Defendant
                                              El Camino Hospital

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Dated:** 8/3/06

UNITED STATES DISTRICT JUDGE
JEREMY FOGEL