\*\*E-filed 8/17/06\*\*

William W. Bunting III (#141981)
Douglas P. Drayton (#142043)
BUNTING, DRAYTON & ALWARD LLP
582 Market Street, Suite 812
San Francisco, CA  94104
Telephone:  (415) 617-0244
Facsimile:  (415) 617-0248

Attorneys for Plaintiff
LYON FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP,<br><br>Plaintiff,<br><br>vs.<br><br>EL CAMINO HOSPITAL,<br><br>Defendant. | Case No. C 05 05423 JF<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  September 8, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Jeremy Fogel<br>Place: Courtroom 3, 5th Floor |

## NOTICE OF SETTLEMENT

Notice is hereby given that the referenced civil action was settled on August 10, 2006.  The parties will reduce the agreement to writing; the conditions of the settlement are to be performed within forty five days (on or before September 25, 2006) and if the conditions are timely performed, the action will be dismissed.

## STIPULATION

This stipulation is made by and among: plaintiff, Lyon Financial Services, Inc. d/b/a U.S. Bancorp Business Equipment Finance Group ("U.S. Bancorp") and defendant, El Camino Hospital ("ECH"), by and through their respective counsel of record.

WHEREAS, U.S. Bancorp filed a motion for summary judgment on July 14, 2006 and the

STIPULATION AND PROPOSED ORDER

hearing on the motion is set for September 8, 2006;

WHEREAS, the parties attended mediation on July 20, 2006, and the action settled on August 10, 2006;

WHEREAS, the continued case management conference is currently set for hearing on September 8, 2006 at 10:30 a.m.

WHEREAS, the parties need approximately 45 days from August 10, 2006 to document and perform the settlement terms;

NOW, THEREFORE, the parties hereto stipulate and agree as follows:

The hearing on U.S. Bancorp's motion for summary judgment should be moved to October 20, 2006, at 9:00 a.m. and the continued case management conference should be held on October 20, 2006 at 10:30 a.m.

IT IS SO STIPULATED.

Dated: August 14, 2006            BUNTING, DRAYTON & ALWARD LLP

/s/ *William W. Bunting III*
William W. Bunting III
Attorneys for Plaintiff
Lyon Financial Services, Inc.

Dated: August 14, 2006            FERRARI OTTOBONI LLP

/s/ *John M. Ottoboni*
John M. Ottoboni
Attorneys for Defendant
El Camino Hospital

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**Dated:** 8/17/06                          _____
                                            **UNITED STATES DISTRICT JUDGE**

STIPULATION AND PROPOSED ORDER                                              2