**E-filed 9/13/06**

1  JOHN M. OTTOBONI, ESQ. CSB #054263
   JULIE O. VEIT, ESQ. CSB #229837
2  **FERRARI OTTOBONI LLP**
   333 West Santa Clara St., Suite 700
3  San Jose, CA 95113
   (408) 280-0535 Telephone
4  (408) 280-0151 Facsimile

5  **Attorneys for Defendant**
   El Camino Hospital

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11                                        )    CASE NO:  C-05-05423-JF
   LYON FINANCIAL SERVICES, INC. d/b/a    )
12 U.S.BANCORP BUSINESS EQUIPMENT         )
   FINANCE GROUP,                         )    STIPULATION FOR DISMISSAL
13                                         )    WITH PREJUDICE, RULE 41(a)(1)(ii)
                 Plaintiff,               )    AND [PROPOSED] ORDER
14                                         )
            v.                            )
15                                         )
   EL CAMINO HOSPITAL,                     )
16                                         )
                 Defendant.               )
17                                         )
                                          )
18                                         )
                                          )
19                                         )
                                          )
20

21      Plaintiff LYON FINANCIAL SERVICES, INC. d/b/a U.S.BANCORP BUSINESS

22 EQUIPMENT FINANCE GROUP and Defendant EL CAMINO HOSPITAL by and through its

23 respective counsel (being all of the parties who have appeared in this action) hereby stipulate to the

24 dismissal of the above-referenced action with prejudice pursuant to the Federal Rules of Civil

25 Procedure, Rule 41(a)(1)(ii).

26

27                                    1

28

STIPULATION FOR DISMISSAL WITH
PREJUDICE, RULE 41(a)(1)(ii) AND
[PROPOSED ORDER]

1    IT IS SO STIPULATED.

2

3    Dated: September 11, 2006                    BUNTING, DRAYTON & ALWARD LLP

4

5                                                 By: */s/William W. Bunting III*

6                                                     WILLIAM W. BUNTING, III
                                                     Attorneys for Plaintiff LYON FINANCIAL
7                                                     SERVICES, INC.

8    Dated: September 8, 2006                     FERRARI OTTOBONI LLP

9

10

11                                               By: */s/ John M. Ottoboni*
                                                     JOHN M. OTTOBONI
12                                                   JULIE O. VEIT
                                                     Attorneys for Defendant EL CAMINO
13                                                   HOSPITAL

14

                                    **ORDER**
15
        Pursuant to stipulation, this action is dismissed with prejudice.
16

17    Dated: _____9/12/06_____

18                                               JUDGE JEREMY FOGEL
                                                 UNITED STATES DISTRICT COURT
19

20

21

22

23

24

25

26

27                                  2
                                                 _____
28                                               **STIPULATION FOR DISMISSAL WITH
                                                 PREJUDICE, RULE 41(a)(1)(ii) AND
                                                 [PROPOSED ORDER]**